UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**FILED**

DEC 16 2019


SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

Bruce Thomas Vest III, an individual

Plaintiff(s)

v.

Symmetric Labs, Inc., a Delaware corpor-
ation, and Alexander Green, an individual

Defendant(s).

Case No. C  19-7446 SVK

CONSENT OR DECLINATION
TO MAGISTRATE JUDGE
JURISDICTION

**INSTRUCTIONS:** Please indicate below by checking **one** of the two boxes whether you (if you are the party) or the party you represent (if you are an attorney in the case) choose(s) to consent or decline magistrate judge jurisdiction in this matter. Sign this form below your selection.

☑ **Consent to Magistrate Judge Jurisdiction**

In accordance with the provisions of 28 U.S.C. § 636(c), I voluntarily **consent** to have a United States magistrate judge conduct all further proceedings in this case, including trial and entry of final judgment. I understand that appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

**OR**

☐ **Decline Magistrate Judge Jurisdiction**

In accordance with the provisions of 28 U.S.C. § 636(c), I **decline** to have a United States magistrate judge conduct all further proceedings in this case and I hereby request that this case be reassigned to a United States district judge.

DATE: 12/9/2019

NAME: Alexander Green

COUNSEL FOR
(OR "PRO SE"): Pro Se

_____
*Signature*

United States District Court
Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## CERTIFICATE OF SERVICE

Case Name: Bruce Thomas Vert III v. Alexander Green

Case Number: 5:19-cv-07446

I, Alexander Green, the undersigned hereby certify that I have served a true and correct copy of the attached

letter requesting an extension to respond to above complaint

upon the following by placing same in a sealed, postage prepaid envelope:

and deposited same in the United States Mail Box at Sheridan Federal Prison Camp at Sheridan, Oregon on this the 11th day of December,

P.O. Box 6000
Sheridan, OR
97378-6000